BRIGIT S. BARNES & ASSOCIATES, INC.
BRIGIT S. BARNES, ESQ. CSB #122673
ANNIE R. EMBREE, ESQ., OF COUNSEL CSB #208591
3262 Penryn Road, Suite 200
Loomis, CA 95650
Telephone: (916) 660-9555
Facsimile: (916) 660-9554

Attorneys for Plaintiff, GEORGE R. WASLEY, JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE R. WASLEY, JR., | Case No. 2:09-cv-03306-JAM-DAD |
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | (FRCP 42(a)(1)(ii)) |
| COUNTY OF PLACER and DOES 1 through 100, inclusive. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff GEORGE R. WASLEY, JR. and Defendant COUNTY OF PLACER have reached a settlement of the within action effective July 25, 2011.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to FRCP 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice.

DATED: August 3, 2011                BRIGIT S. BARNES & ASSOCIATES, INC.,
                                     A Law Corporation


                                     By: ____/S/ - BRIGIT S. BARNES_____
                                         Brigit S. Barnes, Attorneys for Plaintiff
                                         GEORGE R. WASLEY, JR.

| | |
|---|---|
| DATED: August 3, 2011 | PLACER COUNTY COUNSEL'S OFFICE |
| | By:    /S/ VALERIE FLOOD |
| | Valerie Flood, Attorneys for COUNTY OF PLACER |

**IT IS SO ORDERED:**

Dated: August 4, 2011        /s/ John A. Mendez
                             UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com